## William M. Woodson, Appellee, v. Ernest and Addie Benson, Appellants.

### Gen. No. 43,497.

opinion filed
January 8, 1947; released for publication January 28, 1947. Wade G. Morgan, for appellants; Clarke, Longmire & Lane, for appellee; Charles F. Lane, of counsel. Opinion by PRESIDING JUSTICE LEWE. **Not to be published in full.**